FILED
CLERK, U.S. DISTRICT COURT
APR 27 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NATHAN B. KICYLA, ) <br> ) <br> Defendant. ) | Case No. 12-1035M <br><br> **ORDER OF DETENTION** <br><br> [Fed. R. Crim. P. 32.1(a)(6); <br> 18 U.S.C. § 3143(a)] |

    The defendant, having been arrested in this District pursuant to a warrant issued by the United States District Court for the Eastern District of California for alleged violation(s) of the terms and conditions of his probation/supervised release; and

    The court, having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), finds that:

A.     ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on:

    and/or

B.     (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the

community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: (1) the instant allegations; and (2) his failure to comply with previous release conditions.

IT THEREFORE IS ORDERED, without prejudice, that the defendant be detained pending further revocation proceedings.

Dated: __April 27__, 2012.

_____
Fernando M. Olguin
United States Magistrate Judge